IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SAVOIL KING and DOROTHY KING,**  PLAINTIFFS
for themselves and all Arkansas residents
similarly situated

v.   CASE NO: 3:14CV00183 BSM

**HOMEWARD RESIDENTIAL, INC., et al.**  DEFENDANTS

## JUDGMENT

Consistent with the order entered on this date, this case is hereby dismissed with prejudice.

DATED this 13th day of April 2015.

_____
UNITES STATES DISTRICT JUDGE