# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SAVOIL KING and DOROTHY KING,**  **PLAINTIFFS**
for themselves and all Arkansas residents
similarly situated

v.   CASE NO: 3:14-CV-00183 BSM

**HOMEWARD RESIDENTIAL, INC., et al.**   **DEFENDANTS**

## ORDER

The order [Doc. No. 98] granting plaintiff's motion to amend was entered in error and is vacated *sua sponte*. The defendants have until November 23, 2016, to respond to the plaintiffs' motion to amend the complaint [Doc. No. 91].

IT IS SO ORDERED this 15th day of November 2016.

_____
UNITED STATES DISTRICT JUDGE