# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SAVOIL KING and DOROTHY KING,**  **PLAINTIFFS**
for themselves and all Arkansas residents
similarly situated

**v.**  **CASE NO: 3:14-CV-00183 BSM**

**HOMEWARD RESIDENTIAL, INC., et al.**  **DEFENDANTS**

## ORDER

Pursuant to the notice of plaintiffs' acceptance of defendants' Rule 68 offer of judgment [Doc. No. 153], construed as a joint motion to dismiss, this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 15th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE