IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SAVOIL KING and DOROTHY KING,**                                     **PLAINTIFFS**
**for themselves and all Arkansas residents**
**similarly situated**

v.                     **CASE NO: 3:14-CV-00183 BSM**

**HOMEWARD RESIDENTIAL, INC., et al.**                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of November 2017.

                                                                                                 _____
                                                                                        UNITED STATES DISTRICT JUDGE